IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EDWARD ELLSWORTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:08-cv-0647 |
| ) | Judge Trauger |
| POT LUCK ENTERPRISES, INC., d/b/a ) | |
| ASHLEY FURNITURE HOMESTORES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment filed by the defendant, Pot Luck Enterprises, Inc., d/b/a Ashley Furniture Homestores, is **GRANTED** with respect to the plaintiff's race-based hostile work environment and retaliation claims, as well as his breach of contract claim with respect to commissions payable after his termination, and **DENIED** with respect to the plaintiff's sex-based hostile work environment claim and his breach of contract claim regarding commissions payable prior to his termination.

It is so Ordered.

Entered this 5th day of June 2009.

_____
ALETA A. TRAUGER
United States District Judge